UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

RICHARD LACH,

        Plaintiff,

-against-

STAMFORD HOSPITAL,

        Defendant.
_____X

**CIVIL JUDGMENT**
05-CV-1747 (ARR)

Pursuant to the order issued _April 13, 2005_ by the Honorable Allyne R. Ross, United States District Judge, dismissing the complaint, it is

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed. 28 U.S.C. § 1915(e)(2)(B)(i). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

                                                                           _____
                                                                           Allyne R. Ross
                                                                           United States District Judge

Dated: Brooklyn, New York
       April 13, 2005

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON _____.